Jennifer A. Jackson (S.B.N.: 192998)
Vanessa A. Sunshine (S.B.N.: 259490)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:  jjackson@bryancave.com
         vanessa.sunshine@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.
(individually and as successor in interest
to COUNTRYWIDE BANK, FSB)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. HUGHES and ISMAELA C. HUGHES, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE BANK, F.S.B., a Federal Savings Bank organized and existing under the laws of the United States of America; BANK OF AMERICA, N.A., a National Banking Association organized and existing under the laws of the United States of America, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  CV09-4842 SVW (VBKx)<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**JUDGMENT OF DISMISSAL** |

783650

JUDGMENT

Pursuant to the Court's Order of March 4, 2010, granting the Motion to Dismiss Plaintiffs Stephen C. and Ismaela C. Hughes' ("Plaintiffs") First Amended Complaint against Defendant Bank of America, N.A. (individually and as successor in interest to Countrywide Bank, FSB) ("BANA"), and dismissing the action without prejudice,

IT IS ORDERED AND ADJUDGED that all claims against BANA in Plaintiffs' Complaint are DISMISSED.

SUCH JUDGMENT IS ENTERED.

Dated: May 4, 2010

Honorable Stephen V. Wilson

Respectfully Submitted,

**BRYAN CAVE LLP**

By:  /s/ *Vanessa A. Sunshine*
Vanessa A. Sunshine
Attorneys for Defendants
BANK OF AMERICA, N.A.
(individually and as successor in interest to COUNTRYWIDE BANK, FSB)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On April 30, 2010, I served the foregoing document, described as **[PROPOSED] JUDGMENT OF DISMISSAL,** on each interested party in this action, as follows:

☒ (**VIA ELECTRONIC SERVICE**): The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

Stephen and Ismaela Hughes          *Plaintiffs*
9342 Candlewood Dr.
Huntington Beach, CA 92646

Stephen and Ismaela Hughes          *Plaintiffs*
12377 Paseo Alegre Drive
El Paso, Texas 79928

☒ (**BY MAIL**): I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (**FEDERAL ONLY**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2010 at Santa Monica, California.

                         __*/s/ Diane Kinder*___
                             Diane Kinder